**Order entered December 23, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00391-CR
## No. 05-20-00392-CR

## NATHANAEL JACE MIXON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-42179-N & F16-41127-N**

### ORDER

Before the Court is appellant's December 18, 2020 third motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by January 4, 2021.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE